ALVIN C. CASS, Respondent, v. CHARLES L. APFEL, Appellant. SADIE L. APFEL, Defendant.— Orders appointing referee and denying appellant's motion to vacate and set aside the order appointing referee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

CITY OF LONG BEACH, Appellant, v. LONG BEACH WATER COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES PREISER, Respondent, v. LOUISE R. PAPE, Appellant, and Others, Defendants.— Judgment modified by deducting from the amount of plaintiff's lien the sum of ninety-two dollars and fifty cents, with interest thereon from May 23, 1923, to November 11, 1925, the date upon which the findings were signed. As so modified, the judgment is unanimously affirmed, without costs. The item of ninety-two dollars and fifty cents represents materials furnished after the lien was filed, and it was, therefore, error to include it in the amount adjudged to be a lien on the property. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, v. JOHN W. BIRDSALL and Others, as Assessors of the Town of Yorktown, County of Westchester, etc., Appellants. (Taxes of 1915.) — Final order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARY ALTON SIGARETA, Respondent, v. JOSEPH SIGARETA, etc., Appellant.— Order awarding plaintiff alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

SYLVIA VAN RYN, Respondent, v. CENTRAL HUDSON STEAMBOAT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY POLIZZI, Appellant.— Motion to dismiss appeal granted and stay vacated on the ground that the order is not appealable. (See *People* v. *Brindell*, 194 App. Div. 776.) Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

DANIEL L. BAKER, Respondent, v. KRENTZMAN KNITTING MILLS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.